Onofre Serrano
**FULL NAME**

**COMMITTED NAME (if different)**

441 Bauchet Street
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

Los Angeles, CA. 90012

#3170610
**PRISON NUMBER (if applicable)**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Onofre Serrano

PLAINTIFF,

v.

City of Long Beach, et al.,

DEFENDANT(S).

CASE NUMBER 13-CV-208  PLA

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? __1__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)




a. Parties to this previous lawsuit:
   Plaintiff Onofre Serrano

   Defendants Samuel W. Francis

b. Court United States District Court, Central District of California

c. Docket or case number 345 F3d 1071
d. Name of judge to whom case was assigned
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Dismissal - settlement
f. Issues raised: Equal protection of the Law
   Due process of law

g. Approximate date of filing lawsuit: 1996
h. Approximate date of disposition 2011

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No
   
   If your answer is no, explain why not   N/A

3. Is the grievance procedure completed? ☐ Yes  ☐ No
   
   If your answer is no, explain why not   N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff   Onofre Serrano
(print plaintiff's name)
who presently resides at   441 Bauchet Street, Los Angeles, California 90012
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
802 E. Pacific Coast Hwy, Long Beach, California 90802
(institution/city where violation occurred)

CV-66 (7/97)                              CIVIL RIGHTS COMPLAINT                              Page 2 of 10
                                                   2

on (date or dates) __May 25, 2012__, _____, _____.
                            (Claim I)                      (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Erik O. Herzog #5125__ resides or works at
   (full name of first defendant)
   __400 W. Broadway, Long Beach, CA. 90802__
   (full address of first defendant)
   __Sergeant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Acting As A Long Beach Police Officer__

2. Defendant __Timothy L. Everts #5483__ resides or works at
   (full name of first defendant)
   __400 W. Broadway, Long Beach, CA. 90802__
   (full address of first defendant)
   __Detective__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Acting As A Long Beach Police Officer__

3. Defendant __Abel Morales #5367__ resides or works at
   (full name of first defendant)
   __400 W. Broadway, Long Beach, CA. 90802__
   (full address of first defendant)
   __Detective__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Acting As A Long Beach Police Officer__

4. Defendant <u>Scott O. Lasch # 5451</u> resides or works at
   (full name of first defendant)
   <u>400 W. Broadway, Long Beach, CA 90802</u>
   (full address of first defendant)
   <u>Detective</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Acting as a Long Beach Police Officer</u>

5. Defendant <u>Toby R. Benskin # 6053</u> resides or works at
   (full name of first defendant)
   <u>400 W. Broadway, Long Beach, CA. 90802</u>
   (full address of first defendant)
   <u>Detective</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Acting as a Long Beach Police Officer</u>

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

Fourth Amendment, unreasonable search and seizure, no probable cause, prompt probable cause determination

Fourteenth Amendment, due process clause, equal protection clause

42 USC § 1985(3) Conspiracy to interfere with civil rights, Depriving persons of rights or privileges

42 USC § 2000a-1 Prohibition against discrimination or segregation required by any law, statute, ordinance, regulation, rule or order of a State or State agency

42 USC § 2000a Prohibition against discrimination or segregation in places of public Accommodation

PENDENT STATE LAW CLAIMS - False Arrest - False Imprisonment - Conspiracy -

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Detectives E. Herzog, T. Everts, A. Morales, S. Lasch and T. Benskin, together and individually, acting under the belief that Plaintiff was a street lawyer for civil rights of citizens of color or African descent, intentionally, willfully and maliciously, conspired, planned, and agreed to block the passage of Plaintiff, to stop, detain, assault, falsely arrest/imprison, and deprive him of his property and invade his privacy. E. Herzog, T. Everts, A. Morales, S. Lasch and T. Benskin did, combine, conspire and confederate together, between and among themselves, for and with the unlawful intent and purpose one Plaintiff, a citizen of the USA, of African descent, a citizen of color, unlawfully to injure, oppress, threaten and intimidate, with the unlawful intent thereby the said citizen of color, respectively, to hinder and prevent in the respective and several free exercise and enjoyment of the rights, privileges and immunities and protection granted and secured to him respectively as a citizen of the USA and citizen of the State, by reason of race and color, and because said citizen of color, being then and there

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

a citizen of the State and of the USA, were then and there a citizen of African descent and race, and citizen of color, and not a white citizen thereof; the same being a right or privilege granted or secured to citizens of color respectively, in common with all other citizens of the USA, by the federal and state Constitution(s) and the laws of Congress and State of California, so as to proximately cause injuries and damages. Their purpose was to prevent Plaintiff and other citizens of African descent, through such force, violence and intimidation, from seeking the equal protection of the laws and from enjoying the equal rights, privileges and immunities of citizens under the laws of the United States and the State of California, including but not limited to the right to bear arms for self-defense, the right to freedom of speech, movement, association and assembly; their right to petition their government for redress of their grievances; their rights to be secure in their persons, homes, papers and effects; their rights to prohibition against discrimination or segregation required by any law, statute, ordinance, regulation, rule or order of a State or State agency; and/or in places of public accommodation; and their rights not to be enslaved nor deprived of life, liberty or property other than by due process of law.

On May 25, 2012, T. Everts and A. Morales, pursuant to their conspiracy by a show of force removed Plaintiff from a vehicle and prevented Plaintiff from escaping, thereon to commandeer said vehicle, and placing mechanical restraints on Plaintiff. Subsequently, T. Everts removed all the contents of Plaintiff's pockets and placed Plaintiff in a van, uttering threats to injure Plaintiff if they were not obeyed, thereby terrorizing Plaintiff to the utmost degree and depriving Plaintiff of his liberty.

Pursuant to their conspiracy, S. Lasch and A. Morales, entered Plaintiff's motel room, without his consent, using a key removed from Plaintiff's pockets and thereon removed Bridgette Dupree without her consent and prevented her from escaping, uttering threats to injure her if they were not obeyed, thereby terrorizing Bridgette Dupree to the utmost degree and depriving her of liberty.

Pursuant to their conspiracy, T. Everts, A. Morales and Does 1-15, inclusively, menaced Plaintiff, wielding deadly weapons, while uttering threats to injure Plaintiff, if there orders were not obeyed causing him to become stricken with fear of immediate injury and death and to suffer extreme terror if Plaintiff did not lead them to Sequoia Thomas, who Plaintiff believed would be in Los Angeles in which Plaintiff was transported from Long Beach, California to Los Angeles, California against his will.

Pursuant to their conspiracy, A. Morales and Doe 1, inclusively, transported Plaintiff, while in restraints back to Long Beach, California, thereon placing Plaintiff in a locked room.

Pursuant to their conspiracy, E. Herzog and J. Lasch, menaced Plaintiff who was in locked room, while uttering threats to injure Plaintiff if their orders were not obeyed to provide the passwords to Plaintiff's cell phones taken from him upon the inception of his abduction, causing him to become stricken with fear of immediate injury and false imprisonment thereby terrorizing Plaintiff to the utmost degree and depriving him of his liberty. Specifically, E. Herzog indicated to Plaintiff that Plaintiff "have no rights" and that he and his associates would "be around your neck like a rope." Further, E. Herzog indicated to Plaintiff that Plaintiff would never "see your cell phones ever again" and that now "we have your Cadillac"; "your Cadillac is ours now."

7

On May 26, 2012, pursuant to their conspiracy, E. Herzog and S. Lasch, failed and/or refused to release Plaintiff and his property from their custody after being satisfied that there were insufficient grounds for making a criminal complaint against Plaintiff.

On or between May 25, 2012 and July 1, 2012, pursuant to their conspiracy, E. Herzog, S. Lasch, T. Everts, A. Morales, and T. Benskin, and during all the time intervening between said 25th day of May, 2012, and 1st day of July, 2012, there was in Santa Clara County Superior Court or Los Angeles County Superior Court a magistrate for the purpose of conducting prompt probable cause hearings for persons arrested without an arrest warrant as mandated by law, competent, willing, able, and ready to have taken before him or her this Plaintiff and to have him or her probable cause declaration stating the charge against this Plaintiff, and during all of the said time such magistrate was accessible and convenient, and this Plaintiff was, during all of said time, physically and mentally in a condition to be brought before such magistrate if his presence was required.

Pursuant to their conspiracy, E. Herzog, S. Lasch, T. Everts, A. Morales and T. Benskin, did not as a police officer, or at all, take this Plaintiff before any magistrate in the county in which he so arrested this Plaintiff, or elsewhere, or at all, until July 2, 2012, nor did said defendants, as such police officers, or at all, lay any information, stating the charge against this Plaintiff, or any information against him at all, before said or any magistrate until July 2, 2012, nor was any information at all laid against him until said July 2, 2012, nor was a probable cause declaration at all laid against him at all, before said or any magistrate for a prompt probable cause determination;

8

And in this behalf Plaintiff alleges that the delay in so taking him before a magistrate and in so laying an information against him was unnecessary.

Pursuant to their conspiracy, and during the unnecessary delay, T. Everts, A. Morales and T. Benskin viewed and read Plaintiff's personal papers and effects, including legal documents and video's, viewing Plaintiff's laptop, cell phones, digital video recorder, digital camera, etc., furthermore, T. Everts and A. Morales invaded Plaintiff's privacy in searching Plaintiff's personal property.

Pursuant to their conspiracy, and during the unnecessary delay, S. Lasch, T. Everts, A. Morales and T. Benskin acquired information from Plaintiff's personal property and/or during the illegal detention to be used to justify the initial abduction of the Plaintiff on May 25, 2012.

By their conspiracy and acts pursuant thereto, the defendants have willfully and maliciously, directly and indirectly, intimidated and prevented the Plaintiff and other citizens of African descent from from enjoying and exercising their rights, privileges and immunities as citizens of the United States and the State of California, including but not limited to, their rights to freedom of speech, movement, association and assembly; the right to petition their government for redress of grievances; their right to be secure in their persons, homes, papers and effects; their right to prohibition against discrimination or segregation required by any law, statute, ordinance, regulation, rule or order of a state or state agency; and/or in places of public accommodation; their right not to be enslaved nor deprived of life, liberty or property other than by due process of law, and their rights to travel the public highways without restraint in the same terms as white citizens in the City of Long Beach, Los Angeles County, California.

9

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Compensatory damages of $21,000,000.00 (twenty-one million) dollars
Punitive damages of $21,000,000.00 (twenty-one million) dollars
Plaintiff has been subjected to six (6) months of incarceration in the jail in a 80 square foot cell, with only a toilet, sink and table, for 22 1/2 hrs a day, with no windows, and no natural light. During incarceration Plaintiff has been subject to reduced environmental stimulation and social isolation resulting in hyperresponsivity to external stimuli, inability to concentrate, problems with impulse control, chronic depression, emotional flatness, confused thought process and social withdrawal. Plaintiff suffered or sustained loss by reason of humiliation or disgrace, occasioned by said detention, and suffered from loss of time or inability in any way to follow the ordinary avocations of life. Plaintiff's detention interfered with his liberty, disrupted his education, curtailed his associations, subjected him to public obloquy, and create anxiety in him, his family and friends. Plaintiff has suffered emotional distress as a result of detention, knowing that he has been discriminated against based on race and detained thereupon for several months in which Plaintiff became really sad.
Declaratory relief, declaring the rights of the Plaintiff
Preliminary and Injunctive relief

Dec. 31, 2012
(Date)

(Signature of Plaintiff)

*Proof of Service — Mail*

## PROOF OF SERVICE

Re:   Case Number

        Case Title

_____

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of Los Angeles and my business/residence address is 441 Bauchet Street, Los Angeles, CA. 90012

On _____, I served the attached document described as a Civil Rights Complaint

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in Los Angeles, California, addressed as follows:

Clerk, U.S. District Court
Central District of California
312 N. Spring Street, Rm G-8
Los Angeles, CA. 90012

I, Onofre Serrano, declare under penalty of perjury that the foregoing is true and correct.

Executed on 6th day of Jan. 2013, at County of Los Angeles
Los Angeles, California.

Signature