# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ONOFRE SERRANO, | No. CV 13-208-AB (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LONG BEACH, et al., | |
| Defendants. | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: May 3, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE