**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.: **CV 13-208-AB (PLA)**  Date: **February 1, 2018**

Title: **Ahadi Abu-Al Muhammad (aka Onofre Tommy Serrano) v. City of Long Beach, et al.**

---

**PRESENT: THE HONORABLE PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE  NONE

**PROCEEDINGS:**  **(IN CHAMBERS)**

Pursuant to this Court's Order of January 4, 2018 (ECF No. 96), plaintiff was ordered to furnish the Court with alternative service information for defendant Benskin, or move to dismiss this defendant from the action, no later than January 18, 2018. To date, this information has not been submitted to the Court. Accordingly, **no later than March 5, 2018, plaintiff is ordered to show cause** why this action should not be dismissed as to defendant Benskin for failure to prosecute. Submission of alternative service information for defendant Benskin, or a request to dismiss this defendant from the action, shall be deemed compliance with this Order to Show Cause.

cc: Ahadi Abu-Al Muhammad (aka Onofre Tommy Serrano), pro se
  Howard Darryl Russell, Long Beach City Attorneys Office

Initials of Deputy Clerk  ch