1  STEPHEN YAGMAN (SBN 69737)
2  filing@yagmanlaw.net
   (for filings only)
3  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
4  Venice Beach, California 90292-5152
   (310) 452-3200
5
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ONOFRE SERRANO**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF LONG BEACH**, *et al.*, <br><br> Defendants. | 2:13-cv-00208-AB(PLAx) <br><br> **PLAINTIFF'S OBJECTION TO DEFENDANTS' AMENDED PROPOSED STATEMENT OF THE CASE; PLAINTIFF'S PROPOSED STATEMENT TO JURYR** <br><br> Judge André Birotte, Jr. |

   Plaintiff objects to defendants' amended proposed statement to be read to the jury, on the ground that it is impermissibly fact-specific and that it should set forth only very general contentions .

**PLAINTIFF'S PROPOSED STATEMENT**

   This is a federal civil rights action, in which plaintiff contends that defendant City of Long Beach police officers violated plaintiff's constitutional rights, by conducting searches, in violation of the United States Constitution's Fourth Amendment, and defendants deny that they violated plaintiff's rights.
//

1

| | |
|---|---|
| 1 | **YAGMAN + REICHMANN, LLP** |
| 2 | |
| 3 | By: _/s/ Stephen Yagman_ |
| 4 | **STEPHEN YAGMAN** |