JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHADI ABU-AL MUHAMMAD, (aka ONOFRE T. SERRANO),<br><br>        Plaintiff(s),<br><br>   vs.<br><br>CITY OF LONG BEACH, ERIK D. HERZOG, TIMOTHY L. EVERTS, ABEL MORALES, SCOTT D. LASCH, TOBY R. BENSKIN, AND DOES 1 through 10, inclusively,<br><br>        Defendant(s). | Case No.: 2:13-CV-00208-AB (PLA)<br><br>Honorable Andre Birotte, Jr.<br>Courtroom 7B<br><br>[**PROPOSED**] **JUDGMENT ON SPECIAL VERDICT**<br><br><br>Complaint Filed:  August 28, 2014<br>Trial Date:           June 4, 2024 |

This action came on regularly for trial on June 4, 2024, in Courtroom 7B of the United States District Court located at 350 West First Street, Los Angeles, CA 90012, Honorable Andre Birotte, Jr., presiding. Plaintiff, ONOFRE T. SERRANO, was represented by Stephen Yagman, Esq., of Yagman + Reichmann, LLP. Defendants, ERIK D. HERZOG, TIMOTHY L. EVERTS and ABEL MORALES were represented by Matthew M. Peters, Deputy City Attorney for the City of Long Beach. Based upon the jury's Special Verdict,

**IT IS ADJUDGED, ORDERED, AND DECREED** that Plaintiff ONOFRE T. SERRANO shall not recover any damages from Defendants ERIK D. HERZOG, TIMOTHY L. EVERTS and ABEL MORALES.

1     **JUDGMENT** is entered in favor of Defendants ERIK D. HERZOG,
2 TIMOTHY L. EVERTS and ABEL MORALES and against Plaintiff ONOFRE T.
3 SERRANO.

5     **IT IS SO ORDERED.**

7 Dated: June 26, 2024          _____
8                                       Honorable André Birotte Jr.
                                      Judge of the United States District Court